UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Chauncey Dillon             Plaintiff,

-v-

Conway                      Defendant.

------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 10 2007

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

07 Cv 10728 (GBD)(DFE)

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:
_____
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___ Settlement

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

_X_ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____
_____

All such motions: ____

Dated 12/7/07

SO ORDERED:

*George B. Daniels*
United States District Judge

HON. GEORGE B. DANIELS