USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/2/08 TS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CHAUNCEY DILLON,

                      Petitioner,    07 Civ. 10728(GBD)(DFE)
                                        CORRECTION TO
    - against -                       REPORT AND RECOMMENDATION
                                        TO JUDGE DANIELS

SUPERINTENDENT JAMES T. CONWAY,

                    Respondent.
------------------------------------x

DOUGLAS F. EATON, United States Magistrate Judge.

    Soon after filing today's Report and Recommendation, I noticed a mistake which I am now writing to correct. At page 2, I wrote: "Mangrum was killed by gunshots which the prosecutor attributed to Mingo."

    I hereby correct that sentence; it should read: "Mangrum was killed by gunshots which the jury (by its verdict) apparently attributed to Mingo."

                              */s/ Douglas F. Eaton*
                              DOUGLAS F. EATON
                              United States Magistrate Judge
                              500 Pearl Street, Room 1360
                              New York, New York 10007
                              Telephone: (212) 805-6175
                              Fax: (212) 805-6181fax

Dated:    New York, New York
           April 2, 2008

Copies of this Correction to Report and Recommendation are being sent by fax and by electronic filing to:

Richard M. Langone, Esq. at fax 516-795-2400fax

Nicole Beder, Esq. and Michael S. Morgan, Esq.
    New York County District Attorney's Office
    at fax 212-335-9288fax

Hon. George B. Daniels