UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHAUNCEY DILLON,

        *Petitioner,*

-v-
                                        NOTICE OF APPEAL
                                        Dkt. No. 07-civ-10728 (DFE)(GBD)

SUPERINTENDENT JAMES T. CONWAY,

        *Respondent.*
------------------------------------------------------------X

      Notice is hereby given that petitioner Chauncey Dillon hereby appeals to the United States Court of Appeals for the Second Circuit from the Decision and Order dated August 4, 2008 and entered on August 5, 2008, denying petitioner's petition for a writ of habeas corpus.

Dated: Massapequa, New York
       August 13, 2008

                                                      RICHARD M. LANGONE (rl2035)
                                                      Attorney for Petitioner
                                                      5720 Old Sunrise Highway
                                                      Massapequa, New York 11758
                                                      516-795-2424

cc:   ADA MICHAEL S. MORGAN
       N.Y. Co. D.A.'s Office
       One Hogan Place
       New York, NY 10013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHAUNCEY DILLON,

        *Petitioner,*

-v-                                                    AFFIRMATION OF SERVICE
                                                       Dkt. No. 07-civ-10728 (DFE)(GBD)

SUPERINTENDENT JAMES T. CONWAY,

        *Respondent.*
------------------------------------------------------------X

STATE OF NEW YORK)
COUNTY OF NASSAU )

      RICHARD M. LANGONE, an attorney admitted to practice law in this Court, being duly sworn, deposes and says:

      I am over 18 years of age and not a party in the above-captioned action.

      On this 13th day of August, 2008, I served counsel for respondent with a copy of the accompanying Notice of Appeal by First Class Mail, U.S. Postal Service, at the following address:

              ADA MICHAEL S. MORGAN
              N.Y. Co. D.A.'s Office
              One Hogan Place
              New York, NY 10013

                                                  */s/ Richard Langone*
                                        RICHARD M. LANGONE (rl2035)
                                        Attorney for Petitioner
                                        5720 Old Sunrise Highway
                                        Massapequa, New York 11758
                                        516-795-2424